(62 Misc. Rep. 57.)

### SCHULTHEIS v. FISHMAN.

(Supreme Court, Special Term, New York County. January, 1909.)

PLEADING (§ 368*)—COMPLAINT—NUMBERING PARAGRAPHS.
  A motion to compel plaintiff to number the paragraphs of the complaint, which consists of five pages, will be granted.
  [Ed. Note.—For other cases, see Pleading, Cent. Dig. § 1194; Dec. Dig. § 368.*]

Action by one Schultheis against one Fishman. On motion to compel plaintiff to number paragraphs of complaint. Granted.

David Kornblueh, for the motion.
Wells & Snedeker, opposed.

ERLANGER, J. The action is to foreclose a mortgage. Two of the defendants desire to serve an answer to the complaint, but claim that they cannot safely do so because the pleader has failed to number the paragraphs of the complaint, which consists of five pages. I think the motion should prevail. A denial of a particular paragraph is good. Fleming v. Supreme Council, 32 App. Div. 231, 52 N. Y. Supp. 1001. But a denial between certain folios has been condemned. Avery v. N. Y. Central (Super. Buff.) 6 N. Y. Supp. 547, 548; Varnum v. Hart, 47 Hun, 23; Caulkins v. Bolton, 98 N. Y. 511–514. A defendant should not incur the hazard of having his pleading condemned or treated as being ineffective simply because the pleader in the first instance has drawn his pleading so inartificially as to make an answer thereto difficult.

Motion granted.